**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6220**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CARL KOTAY GRAHAM,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:06-cr-00267-JAB-1)

———————

Submitted:  May 19, 2011           Decided:  May 24, 2011

———————

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Kotay Graham, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Kotay Graham appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Graham, No. 1:06-cr-00267-JAB-1 (M.D.N.C. Jan. 31, 2011). We deny Graham's motion to hold his appeal in abeyance and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED